UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA DOMINGUEZ,

    Plaintiff,

CASE NO. 8:22-cv-01005-JSM-AEP

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**
**AND REQUEST FOR ADMINISTRATIVE CLOSURE**

    Pursuant to Local Rule 3.09, Plaintiff and Defendant hereby inform the Court that the parties have reached an amicable settlement of this civil case in its entirety. Plaintiff and Defendant ask the Court to administratively close this matter, subject to the right of any party to move the Court within 60 days for the entry of a stipulated form of dismissal with prejudice or, on good cause shown, to reopen the case for further proceedings.

    Dated: February 21, 2023.

| | |
|---|---|
|    */s/ Donald C. Anderson* |    */s/ William Jeremiah Tolton, III* |
| DONALD C. ANDERSON, ESQ. | WM. JERE TOLTON, III ESQ. |
| Florida Bar Number: 0167380 | Florida Bar Number: 887943 |
| dca@thedisabilityfirm.com | jtolton@kilmerlaw.com |
| LAW OFFICE OF DONAL C. ANDERSON, JR. | KILMER, VOORHEES & LAURICK, PC |
| 2101 5th Avenue North | 2701 NW Vaughn Street, Suite 780 |
| St. Petersburg, FL 33713 | Portland, OR 97210 |
| | (503) 224-0055 Telephone |

(727) 323-8886 Telephone  
(727) 323-3252 Facsimile

Attorneys for Plaintiff

(503) 222-5290 Facsimile

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to Donald C. Anderson, Jr., Laurel A. Marois, Law Office of Donald C. Anderson, Jr., 2101 5th Avenue North, St. Petersburg, FL  33713, dca@thedisabilityfirm.com; laurel@thedisabilityfirm.com.

        */s/ Wm. Jere Tolton, III*
WM. JERE TOLTON, III, ESQ.
Florida Bar Number:  887943
Primary:  jtolton@kilmerlaw.com
Secondary:  llhommedieu@kilmerlaw.com
KILMER, VOORHEES & LAURICK, PC
2701 NW Vaughn Street, Suite 780
Portland, OR  97210
(503) 224-0055 Telephone
(503) 222-5290 Facsimile

Attorneys for Defendant
Unum Life Insurance Company of America

M:\10126\0108\Pleadings\Joint Notice of Settlement 2023-0221.docx